1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA (LOS ANGELES)**

10

11   LINDA BRYANT,                    )   Case No. 2:19-cv-05866-JAK-PLA
                                      )
12          Plaintiff,                )   **ORDER RE STIPULATION TO**
                                      )   **DISMISS ENTIRE ACTION WITH**
13          vs.                       )   **PREJUDICE (DKT. 14)**
                                      )
14   LIFE INSURANCE COMPANY OF        )   **JS-6**
     NORTH AMERICA,                   )
15                                    )
            Defendant.                )
16   _____)

17
          Based upon a review of the stipulation to dismiss the entire action (the
18
     "Stipulation"), the Court finds good cause has been shown to **GRANT** the Stipulation.
19
     Accordingly, the case is dismissed in its entirety as to all Defendants, with prejudice.
20
     Each party shall bear its own attorneys' fees and costs in this matter.
21
          IT IS SO ORDERED.
22

23

24   Dated: November 4, 2019        _____
                                     JOHN A. KRONSTADT
25                                   UNITED STATES DISTRICT JUDGE

26

27

28